FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2025-0382
_____

CHRISTOPHER EUGENE
THOMPSON,

   Petitioner,

   v.

MAJOR DORIAN KEITH, Director,
Alachua County Department of
the Jail,

   Respondent.

_____

Petition for Writ of Habeas Corpus—Original Jurisdiction.


March 5, 2025


PER CURIAM.

   DENIED. *See Brown v. Wainwright*, 498 So. 2d 679, 679 (Fla. 1st DCA 1986*)* (citations omitted) ("[S]ince the petition fails to allege that the relief requested would entitle the petitioner to either an immediate release or a new trial, the writ may not be granted."); *see also Snell v. Junior*, 251 So. 3d 273, 275 (Fla. 3d DCA 2018) (stating that the petitioner had not alleged he could post bond but for the hold and denying the habeas corpus petition).

BILBREY, M.K. THOMAS, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Stacy Ann Scott, Public Defender, and Rachael O'Brien, Assistant Public Defender, Gainesville, for Petitioner.

No Appearance for Respondent.